# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Shirley A. Holland**,

       **Plaintiff,**

  vs.                              **CASE NUMBER: 7:05cv384**

**Commissioner of Social Security**,         **Judge Neal P. McCurn**

       **Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED, the defendant's motion for judgment on the pleadings is GRANTED in part and DENIED in part.  The plaintiff's motion for judgment on the pleadings is DENIED in part and GRANTED in part. This case is remanded to the Commissioner pursuant to 42 USC 405(g) for further administrative proceedings

    All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 12th day of November, 2009.

DATED: November 12, 2009

                                                       *[signature]*
                                                        Clerk of Court

                                                                           s/
                                                  Marie N. Marra
                                                  Deputy Clerk