UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
SHIRLEY HOLLAND,

        Plaintiff,

                              Civil Action No. 05-0384 (NPM)

    v.

MICHAEL J. ASTRUE, COMMISSIONER    **CONSENT ORDER FOR PAYMENT**
OF SOCIAL SECURITY,                    **OF FEES PURSUANT TO THE EQUAL**
                                                **ACCESS TO JUSTICE ACT**

        Defendant.
*******************************

        This matter having been opened to the Court by Lawrence D. Hasseler for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Andrew T. Baxter, United States Attorney, and Andreea Lechleitner, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of five thousand three hundred forty-nine dollars ($5,349.00) in attorney fees and expenses, plus an additional amount of two hundred and fifty dollars ($250.00) for costs, the Court having reviewed the record in this matter;

        IT IS on this     day of December, 2009;

        ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of five thousand three hundred forty-nine dollars ($5,349.00) in attorney fees and expenses, plus an additional amount of two hundred and fifty dollars ($250.00) for costs, made payable to plaintiff, and it is further;

ORDERED that the within matter is dismissed with prejudice.

```
IT IS SO ORDERED:
_____
Neal P. McCurn
U.S. District Judge
Dated: December 21, 2009
       Syracuse, NY
```

The undersigned hereby consent to the form and entry of the within order.

        Andrew T. Baxter
        United States Attorney

By:   /s/ Andreea Lechleitner
        Andreea Lechleitner
        Special Assistant U.S. Attorney
        Bar No. 513982

        Conboy, McKay, Law Firm
        307 State Street
        Carthage, NY 13619

By:   /s/ Lawrence D. Hasseler
        Lawrence D. Hasseler
        Attorney for Plaintiff